USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KANDUS DUKAS, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V.,

                Defendant.

No. 22-CV-7962 (RA)

ORDER AND NOTICE
OF INITIAL CONFERENCE

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. It is hereby:

    ORDERED that, by December 9, 2022, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

    IT IS FURTHER ORDERED that, by December 9, 2022, the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at

https://nysd.uscourts.gov/hon-ronnie-abrams. The status letter and the proposed case management plan should be filed electronically, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which were updated on April 1, 2020, and are available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

    IT IS FURTHER ORDERED that counsel for all parties appear for an initial status conference on December 16, 2022 at 1:30 p.m. If Defendant has not yet been properly served, has not filed a responsive pleading, and/or the parties otherwise seek to adjourn the conference, they shall notify the Court by no later than December 9, 2022. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. If Defendant has been properly served and the parties are available to proceed with an initial status conference prior to December 16, 2022, the parties shall notify the Court and propose an earlier date for the conference, as well as for submission of the status letter and proposed case management plan.

    Plaintiff is ordered to serve Defendant with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:    October 18, 2022
            New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge