| | |
|---|---|
| Sheehan & Associates, P.C. | 60 Cuttermill Rd Ste 412<br>Great Neck NY 11021 |
| Spencer Sheehan<br>spencer@spencersheehan.com | T (516) 268-7080<br>F (516) 234-7800 |

District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Sq
New York NY 10007

December 5, 2022

Re:   1:22-cv-07962-RA
Dakus v. Koninklijke Luchtvaart Maatschappij, N.V.

Dear District Judge Abrams:

    This office represents the Plaintiff. In accordance with the Court's Individual Rules, Plaintiff, with consent of the Defendant, requests an adjournment of the initial status conference and the accompanying submissions. The original date for the initial status conference is December 16, 2022, at 1:30 PM with accompanying submissions due December 9, 2022.

    This action was filed on September 17, 2022. ECF No. 1. On November 23, 2022, Plaintiff filed a waiver of service setting Defendant's answer or responsive pleading due on January 22, 2023.

    The parties request an adjournment of the initial conference and the accompanying submissions from December 16 because, as of that date, the Defendant will not have answered or moved to dismiss. It is therefore in the interest of judicial economy to defer the initial conference. The parties respectfully submit that the initial conference should be deferred until Your Honor has ruled upon Defendant's anticipated motion to dismiss, as it would be in the interest of judicial economy and fairness to permit the parties to brief Defendant's motion before they discuss discovery and case deadlines with each other and the Court.

    There have been no previous requests for adjournments of the initial conference and extensions of time to file the accompanying submissions. No previous request was granted or denied. Defendant consents to this request. This request is submitted at least 48 hours prior to the initial conference. Thank you.

Respectfully submitted,
/s/Spencer Sheehan

---

Application granted in part.  The telephonic initial pretrial conference is adjourned to January 4, 2023 at 3:30 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.  No later than January 2, 2023, the parties shall file a joint letter and proposed case management as described in this Court's prior orders in this action.  To the extent that the parties are requesting a stay of discovery pending the Court's ruling on an anticipated motion to dismiss, they shall inform the Court by letter.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
12/6/2022