| | |
|---|---|
| Sheehan & Associates, P.C. | 60 Cuttermill Rd Ste 412 |
| | Great Neck NY 11021 |
| Spencer Sheehan | T (516) 268-7080 |
| spencer@spencersheehan.com | F (516) 234-7800 |

December 28, 2022

District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Sq
New York NY 10007

Re:  1:22-cv-07962-RA
     Dakus v. Koninklijke Luchtvaart
     Maatschappij, N.V.

Dear District Judge Abrams:

      This office represents the Plaintiff. In accordance with the Court's Individual Rules, Plaintiff, with consent of the Defendant, requests to vacate or adjourn the initial status conference and the accompanying submissions. The initial status conference is currently scheduled for January 4, 2023, at 3:30 PM with accompanying submissions due January 2, 2023.

      This action was filed on September 17, 2022. ECF No. 1. On December 14, 2022, Plaintiff filed an Amended Complaint and Defendant's response to the Amended Complaint is January 23, 2023. ECF No. 13. Defendant intends to file a Motion to Dismiss the Amended Complaint by the response date.

      Given the anticipated Motion to Dismiss, on December 13, 2022, Defendant filed a consented to letter motion requesting a stay of discovery until the anticipated Motion to Dismiss is resolved. ECF No. 11. That letter motion is still pending before the Court.

      The parties request to vacate or adjourn the initial conference and the accompanying submissions from January 4, 2023, because the parties have requested to stay discovery and the Motion to Dismiss will not have been filed by that date. It is therefore in the interest of judicial economy to vacate or defer the initial conference.  The parties respectfully submit that the initial conference should be deferred until Your Honor has ruled upon Defendant's anticipated Motion to Dismiss.

      There has been one previous request for an adjournment of the initial conference and extension of time to file the accompanying submissions. The request was granted. Defendant consents to the current request. This request is submitted at least 48 hours prior to the initial conference. Thank you.

Respectfully submitted,

/s/Spencer Sheehan

**Certificate of Service**

I certify that on December 28, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan