## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANDUS DAKUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V.,<br><br>Defendant. | Civil Action No. 1:22-cv-07962-RA |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the declaration and exhibits annexed thereto, Defendant Koninklijke Luchtvaart Maatschappij, N.V. ("KLM"), by its attorneys, DLA Piper LLP (US), will move before the Honorable Ronnie Abrams, United States District Judge of the United States District Court, Southern District of New York, at the Thurgood Marshall Building and United States Courthouse, 40 Foley Square, New York, New York 10005, on a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss with prejudice the Plaintiff's First Amended Complaint and for such other and further relief as this Court deems just and proper. The grounds upon which KLM seeks relief are set forth in detail in the accompanying Memorandum of Law.

Dated: January 23, 2023

Respectfully submitted,

**DLA Piper LLP (US)**

*/s/ Keara M. Gordon*
Keara M. Gordon

> Colleen Carey Gulliver
> Haley D. Torrey (*pro hac vice*)
> **DLA PIPER LLP**
> 1251 Avenue of the Americas
> New York, New York 10020
> Tel.: (212) 335-4500
> Fax: (212) 335-4501
> keara.gordon@dlapiper.com
> colleen.gulliver@dlapiper.com
> haley.torrey@us.dlapiper.com
>
> *Attorneys for Defendant*
> *Koninklijke Luchtvaart Maatschappij, N.V.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 23, 2023, the foregoing Notice of Defendant KLM's Motion to Dismiss the Complaint was electronically filed with the Clerk of the Court using the CM/ECF system and thereby served on the following counsel:

Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck, NY 11021
spencer@spencersheehan.com
*Counsel for Plaintiff*

Dated: January 23, 2023

/s/ *Keara M. Gordon*
Keara M. Gordon