# EXHIBIT 2

1/19/23, 1:10 PM          Safety in Educational Travel | ACIS Educational Tours

Looking for discounts, World Traveler Rewards, and more?          Travel Deals

# Keeping You and Your Students Safe



## Safety & Security

**Every step of the way**

At ACIS, we take the welfare of each and every participant on our tours very seriously. Just as we work tirelessly to provide once-in-a-lifetime experiences to group leaders and students, we are equally committed to ensuring that all of our travelers return home safely. Our safety and support infrastructure has been a cornerstone of our business for more than 40 years.

# ACIS Travelers are in

# Good Hands

## Dedicated, Constantly Connected US Staff

We monitor all safety-related events, making proactive decisions to optimize security.

## Network of Overseas Offices

ACIS offices in London, Paris, Madrid and Rome and our affiliate partner offices in other major destination cities ensure that we have on-the-ground support when it is needed.

## Duty Officer System

Our 24-hour Duty Officer system operates seven days a week in the U.S. and overseas to deal with any emergency quickly and professionally.

## Professionally Trained Tour Managers

Top-quality ACIS Tour Managers work in tandem with group leaders throughout each trip. They discuss security measures during each group's arrival briefing and have access to ACIS' 24-hour Duty Officer system.

## Informed Group Leaders

Group leaders receive safety-related information and a card with emergency contact numbers prior to departure. During the trip, group leaders establish guidelines for free time activities, keep track of participants' whereabouts and provide overall adult supervision.

## Overseas Health Insurance

All participants are enrolled in an **international medical insurance plan,** which includes 24 hour medical assistance, consultation, monitoring and emergency evacaution when necessary.

## Affiliation with AIFS

ACIS is a division of the **American Institute for Foreign Study (AIFS)**, an industry leader that has organized quality international educational experiences for over 1 million students in its 50+ year history.

## Financial Security

ACIS carries $50 million in general liability insurance that covers school districts and teachers on our tours, as well as a $1 million indemnity bond with the **United States Tour Operators Association**. Learn more about **ACIS Financial Security and Affiliations**.

## Travel Security Waiver

All travelers are offered a re-routed itinerary at no charge that takes effect in the event that the **US State Department** issues an official Travel Warning following a terrorist attack against US interests or other threat in a country to be visited on an upcoming trip.

## Safety Monitoring

The safety of ACIS participants is our paramount concern. ACIS follows the recommendations of the U.S. State Department regarding overseas travel. We receive daily updates and rely on government guidelines to help us make decisions concerning the safety of our travelers. In addition, we review statements from the **Centers for Disease Control and Prevention** (CDC) and the **World Health Organization** (WHO) regarding any issues affecting public health.

## Peace of Mind Plan

ACIS' Peace of Mind policy allows group leaders, at any point up to 45 days before departure, to change the travel dates of a tour or change the itinerary of a tour. Travel modifications must be submitted in writing and finalized by 45 days before departure, and the group will be responsible for any cost differential.

## Useful Links & Resources

- **ACIS' Protection Plans**
- **ACIS Financial Security and Affiliations**
- **ACIS Travel App**
- **ACIS Behavior Guidelines**
- **US State Department**
- **Centers for Disease Control and Prevention**
- **US Department of Transportation**
- **Transportation Security Administration**
- **Department of Homeland Security Travel Information**

For more information on any of these aspects of our safety policies, including our **Covid protocols and policies**, please contact us via chat, call 800-888-ACIS or email **info@acis.com**.

## Call Us Today 1-800-888-ACIS

Mon - Fri • 10 am – 5 pm EST to plan a trip. Travelers, we're available for you on Live Chat.

### ABOUT US

Contact Us
Blog
ACIS Canada
USA Tours
Encore Performance Tours
The Fliers Club
AIFS
Partnership Portal

### FOR TEACHERS

Browse Tours
Educational Travel 101
Teacher Stories
ACIS Makes Planning Easy
Keeping You and Your Students Safe
Get Rewarded
Resources for Teachers
Refer a Colleague

**ACIS Educational Tours**

330 Congress Street
Suite 5
Boston, MA 02210

Fax: (617) 450-5601

info@acis.com

### FOR STUDENTS

Educational Travel 101
Student Stories
Scholarship & Fundraising
Resources for Students
Getting Ready to Travel
FAQs

### FOR PARENTS

Educational Travel 101
Keeping Your Children Safe
Paying For Your Trip
FAQs

© COPYRIGHT 2023 ACIS EDUCATIONAL TOURS. ALL RIGHTS RESERVED.

LEGAL NOTICES    PRIVACY POLICY    CCPA