# EXHIBIT 4

Search | How it works | Start a GoFundMe |  | Sign in

# Kindergarten Teacher Bucket List Trip

$1,930 raised

This fundraiser is no longer accepting donations. If you are the organizer, beneficiary, team member, or donor, sign in to see additional information.

Kandus Dakus is organizing this fundraiser.



Hi,
I'm Kandus a Kindergartner Teacher for 17 years working in low economic Title 1 school in Corpus Christi, Texas.  I am traveling  this summer as a chaperone for High School students on a trip of a lifetime to Greece, France, Scotland, and London through ACIS. If you know my story 2 years ago I almost died of colon issues and had multiple

ago I almost died of colon issues and had multiple surgeries, with medical bills and on a teacher salary anything would greatly help. This money will be the last of what I owe to be able to go on the trip and I would be so blessed if you could donate anything. If not god bless and thank you anyway.

## Organizer

**Kandus Dakus**
Organizer
Corpus Christi, TX

Contact

Created May 3, 2022  Travel

## Your easy, powerful, and trusted home for help


**Easy**
Donate quickly and easily.


**Powerful**
Send help right to the people and causes you care about.


**Trusted**
Your donation is protected by the GoFundMe Giving Guarantee.



## Fundraise for

- Medical
- Emergency
- Memorial
- Education
- Nonprofit
- Support COVID-19 fundraisers
- Crisis Relief

## Learn more

- How GoFundMe Works
- Why GoFundMe
- Common questions
- Success stories
- Supported countries
- Charity fundraising
- Pricing

## Resources

- Help center
- Blog
- GoFundMe Stories
- Press center
- Careers
- About
- More resources ⌄



United States · English

© 2010-2023 GoFundMe     Terms     Privacy     Legal

Accessibility Statement