# EXHIBIT 6

The Wayback Machine - https://web.archive.org/web/20220512192438/https://www.klm.nl/en/information/sustain…



# Reforestation

We all know travelling leaves a carbon footprint. That is why we work hard on reducing our $CO_2$ emissions. We created a $CO_2$ compensation service, so you can contribute to reforestation.

## Contribute

When participating in our reforestation programme, you pay a small contribution to compensate for your flight's impact on the environment.

We admit the flight itself won't suddenly be "greener" because of our reforestation programme, but your contribution will certainly help. How? By using this service, you're investing in a reforestation project that reduces $CO_2$ emissions. This offsets your flight footprint.

Compensate flight

## Reforestation in Panama

Your contribution goes to the reforestation project "CO2OL Tropical Mix" in Panama. KLM does not get any share of your donation; it is fully used to plant new trees and promote sustainable development. Because of this project, over 7.5 million trees have already been planted, and 15 endangered species have returned to the forests.

The reforestation project in Panama has a Gold Standard for the Global Goals. This quality mark is issued when a project meets the requirements for durability, biodiversity, and several social aspects.

KLM's CO2Zero service shown during ticket booking process in front of beautiful green hills.

## CO2ZERO programme

Besides the reforestation project, our CO2ZERO programme also includes sustainable aviation fuel (SAF). You're in control: choose if you fully want to contribute to reforestation or contribute to both.

## Costs

The price for your contribution to our reforestation programme is calculated based on the type of the aircraft, the distance flown, and the flight's historical load factor. Here's an indication:

- Economy Class: up to EUR 8 on flights within Europe, between EUR 13 and EUR 33 on intercontinental flights
- Business Class: up to EUR 12 on flights within Europe, between EUR 39 and EUR 99 on intercontinental flights

For a more extensive overview, check the prices per destination based on departure from Amsterdam Airport Schiphol. We don't have an overview of all possible routes, but you can check the exact amount for your flight in My Trip or when you book a flight.

View the reforestation price overview (https://web.archive.org/web/20220512192438/https://img.static-kl.com/m/3c83228c6bf8cef6/original/CO2-emission-and-compensation-price-per-destination.pdf)

## Accountability check

The accountancy organisation KPMG in France has established that KLM's calculation methods are in line with the international guidelines for $CO_2$ emissions.

View the report by KPMG (https://web.archive.org/web/20220512192438/https://img.static-kl.com/m/3ac04848c9a67f6f/original/Assurance-report-CO2-Calculator.pdf)

View the calculation method (https://web.archive.org/web/20220512192438/https://img.static-kl.com/m/6346df510a9b6853/original/CO2-Calculator.pdf)