# EXHIBIT 6a



# Reforestation

Reforestation will not make our flights any greener. But it is a way to help restore the balance between carbon emissions and absorption: forests can potentially absorb billions of tonnes of carbon dioxide ($CO_2$) per year. While we are working on reducing our $CO_2$ emissions in several ways, reforestation helps to reduce existing carbon dioxide in the earth's atmosphere. We support 3 different reforestation projects.

## What is reforestation?

Forests were lost due to human activity or natural disturbances. Reforestation provides us with new trees. These trees absorb carbon dioxide. Though it sounds simple, it involves more than just planting trees. For example, knowledge about local tree species and the local climate is needed. Also, trees must be protected and given a long time to grow. That's why we selected 3 different certified projects.

### Why forests are important

Forests are the lungs of our planet. Plants and trees clean the air by absorbing carbon dioxide and turning it into oxygen. But through human activities like burning fossil fuels and deforestation, carbon dioxide levels in the air are higher than nature can handle. In aviation, we also use a fossil fuel: kerosene. When we burn kerosene, it produces carbon dioxide.

### What is $CO_2$?

Carbon dioxide ($CO_2$) is a gas also produced in nature; it is food for plants. But when there is too much $CO_2$ in the atmosphere, heat is trapped around the earth. This is what leads to global warming.

# Reforestation projects

Since 2017 we have supported a reforestation project in Panama. In 2022, we added 2 projects in Uganda and Colombia to our portfolio. Because reforestation is more than just planting trees, our selected projects are all:

- Gold Standard certified
- FSC certified
- Supporting job creation for the local population, community development, etc.
- Contributing to the Sustainable Development Goals van de United Nations

## About Gold Standard

Gold Standard was established in 2003 by WWF and other international NGOs as a best practice standard to ensure projects that reduced carbon emissions featured the highest levels of environmental integrity and contributed to sustainable development.

All our selected projects are Gold Standard certified.

Read more on www.goldstandard.org (https://www.goldstandard.org/)

## About FSC

FSC (Forest Stewardship Council®) is the international, independent quality mark and the best-known label for responsible forest management worldwide. To obtain a certificate for a forest, FSC has drawn up a standard based on the 10 FSC principles. 70 universal criteria followed from these principles.

All our selected projects are FSC certified.

Read more on fsc.org (https://uk.fsc.org/)

## Carbon credits

A carbon credit is a certificate issued for every tonne of carbon emissions a verified project has absorbed, reduced, or stored. When we buy a carbon credit, we support the reforestation project and compensate for 1 ton of our $CO_2$ emissions.

As a passenger, you can support our carbon offset by adding reforestation to your booking. The price for your contribution is based on the estimated $CO_2$ emissions per person on your flight. With this contribution, we don't buy trees but carbon credits. We purchase carbon credits from FORLIANCE.

Read more on FORLIANCE.com (https://storymap.forliance.cloud/klm/)

# Your carbon footprint

When you book a flight at KLM, we offer the option to compensate for part of the estimated $CO_2$ emissions of your flight. How? By contributing to our selected reforestation project. The price for your contribution is calculated based on several factors that influence the amount of $CO_2$ emissions of your flight, like the type of aircraft, distance, and historical load factor.

Reforestation prices for flights departing from Amsterdam (https://img.static-kl.com/m/4e024a89e6324437/original/CO2-and-Compensation-per-O-D-2022.pdf)

## About calculating your carbon emissions

Every year the French branch of accountancy organisation KPMG audits KLM to verify whether KLM's calculation methods are in line with the international guidelines for $CO_2$ emissions.

Our latest methods and audit report:

- Calculation methods
- KPMG audit report 2022

Check the expected amount of $CO_2$ emissions for your flight in My Trip or when you book a flight

## Your contribution

During your booking, on the same page where you choose your seat or add baggage, you can add $CO_2$ compensation to your booking. You can also do that later in My Trip.

## Want to do more?

Though air travel is not sustainable yet, there are things you can do to reduce your carbon footprint. Small things, like travelling light or bringing your own water bottle or earbuds. Or bigger things, like buying sustainable aviation fuel (SAF).

With your contribution to SAF, you help to reduce air travel dependency on regular fossil fuels. We purchase 1% sustainable aviation fuel for all flights departing from Amsterdam. It's a start, but with your help, we can do more.

More about SAF

# Frequently asked questions

**Why do I have to pay extra for reforestation? Why is it not included in ticket prices?**

Because we already added 1% sustainable aviation fuel (SAF) to the ticket prices. We invest in SAF because it can directly reduce our $CO_2$ emissions. We want to make our carbon footprint as small as possible at KLM. Reforestation is just compensation; the flight still emits the same amount of $CO_2$. However, there is not enough SAF available for all our flights. Therefore, reforestation is still a good option, but we choose to stimulate the production and use of SAF.

**Why does KLM not invest in reforestation in the Netherlands?**

Because we support projects in areas that have historically suffered from rapid deforestation and where restoration effort is not only helping to restore the ecosystem. These projects also protect and enhance biodiversity and offer employment opportunities for rural communities. Also, $CO_2$ is absorbed faster in tropical areas than in the Netherlands.

**What is the difference between reforestation, afforestation, and conservation?**