# EXHIBIT 7

# FAQ | KLM and sustainability



### What are KLM's ambitions when it comes to sustainability?

The Fly Responsibly sustainability initiative was introduced in 2019 and is meant to transform KLM into a more sustainable airline. Under this initiative, KLM has agreed to align its CO2 reduction targets with the UN Paris Climate Agreement, the aim of which is to limit global warming to well below 2°C compared to pre-industrial levels in order to mitigate the impact of climate change. KLM is cooperating with the Science Based Targets initiative (SBTi) to achieve a structural reduction in CO2 emissions and will establish and validate a corresponding reduction pathway in consultation with SBTi. KLM's notion of sustainability encompasses not only environmental goals but also the part it plays in society and in enabling economic activity and its role as one of the largest private employers in the Netherlands. KLM focuses on a safe and healthy working environment, a diverse and inclusive workforce, employee development and human rights across the value chain.

### What sustainability improvements will you be introducing in the coming years?

Continuous improvement in collaboration with our stakeholders is the key. We will continue with our roadmap for CO2 reduction and keep working to achieve our ambitions in 2030 and beyond. To start, we will continue building a sustainable fleet. Fleet renewal contributes significantly to reducing CO2 emissions. For example, each new generation of aircraft is 25-30% more fuel-efficient than the previous one. In addition, collaboration with aircraft manufacturers and universities is driving innovations in alternative aircraft propulsion technology, for example aircraft fuelled with hydrogen or electric propulsion. The transition from fossil fuels to sustainable alternatives is one of the biggest challenges in aviation, and scaling up the production and wider use of sustainable aviation fuel (SAF) will make the biggest difference to the current generation of aircraft. That is why we have made SAF a cornerstone of our strategy. We will continue our involvement in SAF projects and offtake agreements. One of these projects is the SAF plant that we are constructing in the Netherlands in collaboration with SkyNRG, expected to start operating in 2025. We will also work towards zero-emissions ground operations by driving innovations with our suppliers. We are expanding our collaboration with rail service providers, making our onboard catering ever more responsible, pushing waste reduction to meet our 2030 targets, and continuing to look for innovative collaborations with industry partners.

### How can I contribute?

Make conscious choices. Ask yourself whether flying is the best option for your destination and find out what your airline of choice is doing to make air travel more sustainable. Check out the "What you can do" section of our Fly Responsibly website for more tips on how to contribute, for example by taking another mode of transport for short distances, packing light or compensating for your CO2 emissions. Stakeholders in the aviation sector and allied industries can find tips in the "What the industry can do" section of our site.

### Flying pollutes the environment, so how can you say you are sustainable?

We know that our operations are not fully sustainable yet. Much more is needed. The aviation industry is responsible for 2 to 3% of man-made CO2 emissions worldwide. Growth of the industry is expected to match and surpass pre-pandemic levels in the coming decade. We have charted a clear course for ourselves and we are determined to become more sustainable and to add positive value to society. Although we do not have all the answers yet, we are doing our best to accelerate our progress. How? By investing in fuel-efficient aircraft, by making better use of air space, optimising flight operations (for example by saving weight on board and flying the shortest route in the sky), using sustainable fuel and offsetting emissions. Furthermore, we investigate rail connections for short distance destinations and support research into new aircraft design. Through the KLM CO2ZERO compensation service, passengers can reduce the emissions of their flight. With these initiatives we are on our way to a more sustainable aviation industry.

December 22, 2021

# FAQ | KLM and sustainability 

### What is sustainable aviation fuel (SAF)?

Sustainable aviation fuel is a cleaner substitute for fossil kerosene. It is produced from sustainable resources, such as waste oils of organic origin (for example used cooking oil). Because it comes from a different source, sustainable aviation fuel is cleaner, produces fewer emissions and has lower fine-particle emissions. We can blend this alternative fuel with conventional fuel while meeting the same specifications as fossil kerosene. What's more, the sustainability of the value chain and of related products is ensured thanks to certification by the Roundtable on Sustainable Biomaterials, the highest possible certification standard for sustainable fuels. Unfortunately, the production and use of sustainable fuel falls far short of what is needed. KLM is therefore actively involved in projects and initiatives to scale up SAF production and use.

### How much SAF is KLM currently using?

In 2019 (pre-Covid), SAF accounted for 0.18% of KLM's total fuel use. Although the volume of SAF is small compared to the airline's fuel total, it is an essential factor in achieving the global climate targets. KLM will increase the share of SAF to 10% by 2030, as set out by the World Economic Forum's Clean Skies for Tomorrow Coalition. The SAF that we use cuts $CO_2$ emissions by at least 75% compared to conventional fossil fuels. In 2019, KLM committed to developing and purchasing 75,000 tonnes of sustainable aviation fuel a year for a 10-year period. By undertaking this commitment, KLM is helping to launch Europe's first dedicated SAF production facility (in collaboration with SkyNRG).

### Why do you consider CO2 compensation a solution?

We do not see $CO_2$ compensation as the ultimate solution. We are working hard to reduce $CO_2$ emissions in our own operations because we believe that will have the biggest impact. For the time being, however, the limited availability of sustainable aviation fuel or electric aircraft means that the airline industry must fall back on $CO_2$ compensation. In our view, it is an effective measure that can be implemented right now.
Our reforestation programme allows passengers to compensate some or all of their flight's impact on the environment. While it does not reduce your flight's emissions directly, your contribution will help to restore forests that absorb $CO_2$.

### "Not flying is the best alternative"

Yes, taking alternative modes of transport can indeed be a more energy-efficient option, but for long-distance travel, there is, in most cases, no fast and comfortable alternative yet. If all the airlines in the world were to cease operating, the impact on the climate would indeed be reduced somewhat. International business transactions would then become more difficult, however, and it would make transport of essential and other goods very complicated. Aviation also creates employment and adds value to the economy and the tourism sector in particular, not only in the Netherlands, but also beyond. And travel broadens our horizons. It is clear that we have to make our operations more sustainable and change the way we travel and fly. At KLM we are working hard to achieve this.

### How do you prevent food waste?

KLM Catering Services runs programmes to continuously improve waste management by reducing waste, recycling more, and identifying appropriate reprocessing facilities. These programmes, combined with our procurement efforts, have allowed KLM to achieve a 19% reduction in onboard waste (per passenger, compared to 2011). Unfortunately, due to strict EU rules on protecting plant and animal health, we cannot recycle catering items from intercontinental flights. We have reduced waste by redesigning almost all of the products you will find on board. For example, our plastic cups now weigh 70% less, and our meal trays and cutlery are substantially smaller than they used to be.

December 22, 2021

# FAQ | KLM and sustainability



### Why do you use plastic items on board?

Although it is important to reduce plastic waste and remove single-use plastics (SUPs) where possible, SUPs play an important role in preventing food waste and ensuring food hygiene in the aviation industry. Even more important is the lightweight nature of plastic. On board, every extra gram has a direct impact on fuel efficiency and thus on $CO_2$ emissions. KLM is constantly looking for lighter alternatives to all items on board. In recent years we have, for example, replaced the catering trolleys and cargo nets with much lighter alternatives, removed all newspapers and magazines, and substituted printed flight briefings for cabin and cockpit crews with iPads. We are now working with our suppliers to explore alternatives for the remaining SUP items on board.

### But plastics are just as bad for the environment as using kerosene, right?

KLM uses product materials that have the lowest environmental impact throughout their entire life cycle. This means that we make informed choices about product materials and consider their environmental impact during their production, use and processing/disposal. For example, when we were choosing the salad bowls that we use in World Business Class, we asked TNO to compare a porcelain rotable salad bowl with an SUP salad bowl. It turned out that the rotable salad bowl, which was heavier, actually had a higher environmental impact than the plastic bowl. If plastic is the most environmentally friendly choice, we redesign the product to use less material. For example, a disposable glass now weighs 70% less compared to the disposable glasses used in 2011. We also use recycled plastics and ensure that we recycle as much plastic as possible.

### Are your employees also going to fly less?

To reduce $CO_2$ emissions from staff mobility, we are working to improve our infrastructure and facilitate the way employees travel to work and around the airport. We aim to prevent unnecessary flights and compensate for $CO_2$ emissions by KLM employees making business trips.

### Does KLM invest in electric aircraft?

Research is focusing increasingly on alternative propulsion technology for aircraft. Limited battery capacity currently rules out electric aircraft for commercial aviation, but we nevertheless aim to be among the first to deploy them. In fact, we are collaborating with E-Flight Academy to set up the first electric flight training programme for future KLM pilots. On the 75th anniversary of the KLM Flight Academy, it announced that training aircraft will be replaced by electric aircraft in the future. KLM is keeping close track of innovations in aircraft design and takes advice from such expert partners as Delft University of Technology (TU Delft) on the feasibility of hybrid or alternative propulsion technologies and electric aviation. We also support TU Delft's research into a new flight concept known as the "Flying-V", based on an innovative aerodynamic shape that is also lighter and aims to reduce $CO_2$ emissions by 20% compared to conventional aircraft.

### Who can I contact about Fly Responsibly?

If you have tips or feedback, contact us on social media using #FlyResponsibly #KLM. Stakeholders in the aviation industry, NGOs or press representatives can contact us at **sustainability@klm.com.**

December 22, 2021