# EXHIBIT 8



# What we do

Yes, we are an airline, and we realise that today aviation is far from sustainable, even though we have been – and are – working hard to improve every aspect of our company, our societal role and environmental impact. The aviation industry has the ambition to become net zero by 2050. To underline our commitment, we are developing our own pathway according to the Science Based Targets Initiative.

This pathway consists of several measures, and each one contributes to reducing our $CO_2$ emissions step by step. These include fleet renewal, operational improvements and carbon offsets, but by far the biggest contribution will be made by replacing fossil-based jet fuel with Sustainable Aviation Fuels (SAF).

WHAT YOU CAN DO

WHAT THE INDUSTRY CAN DO

# Our Carbon Emissions

At KLM, we want to be transparent about our environmental impact. The figure below depicts the current results of our $CO_2$ reduction measures.



KLM Group $CO_2$ emissions have decreased steadily, with a significant drop in 2020 due to COVID-19
(index 2005=100)

Total $CO_2$ emission    Net $CO_2$ emission    Production (RPK & RTK)    $CO_2$ emission per pax-km

WHAT YOU CAN DO

WHAT THE INDUSTRY CAN DO

Total CO₂ emission ▬▬ Net CO₂ emission ▬▬ Production (RPK & RTK) ● CO₂ emission per pax-km

# Sustainable Aviation Fuels: a promising solution

Replacing fossil kerosene with Sustainable Aviation Fuels (SAF) can reduce $CO_2$ emissions by at least 75%. So why doesn't KLM simply switch to SAF? Unfortunately, it's not that easy. SAF production worldwide covers only around 0,1% of the total fuel usage of the aviation industry and is stuck in a status quo:

- There is very little production capacity available in the world
- This means SAF is at least 2 to 3 times more expensive than regular kerosene
- Because of the high prices, very few airlines are willing and able to buy SAF
- And because there is so little demand, production capacity doesn't scale up

To break through this impasse, we need a strong demand signal from the aviation industry. This would provide the incentive for SAF production to be scaled up and gain momentum, and eventually for prices to come down. SAF is a critical component of the aviation industry's pathway to net zero $CO_2$ emissions in 2050, so it is important that we succeed.

That is why KLM is committed to leading the industry in creating this demand signal. Today, KLM has a substantial share in the worldwide SAF market, nevertheless, it is still less than 1% of our fuel usage. To reach our climate ambitions, we aim to use 10% SAF by 2030. To get there, we've partnered with SkyNRG to build the biggest dedicated SAF plant in Europe, and since January 2022, we include a small percentage of SAF on KLM flights departing Amsterdam.

Yes, today we're still talking about small amounts of SAF, delivering only minor reductions in $CO_2$ emissions. We can't create this market on our own, but we can – and will – lead the way.