# EXHIBIT 8a

# What we do

Yes, we are an airline, and we realise that today aviation is far from sustainable, even though we have been – and are – working hard to improve every aspect of our company, our societal role and environmental impact. The aviation industry has the ambition to become net zero by 2050. To underline our commitment, we are developing our own pathway according to the Science Based Targets Initiative.

This pathway consists of several measures, and each one contributes to reducing our $CO_2$ emissions step by step. These include fleet renewal, operational improvements and carbon offsets, but by far the biggest contribution will be made by replacing fossil-based jet fuel with Sustainable Aviation Fuels (SAF).





## Our Carbon Emissions

At KLM, we want to be transparent about our environmental impact. The figure below depicts the current results of our $CO_2$ reduction measures.

# Sustainable Aviation Fuels: a promising solution

Replacing fossil kerosene with Sustainable Aviation Fuels (SAF) can reduce $CO_2$ emissions by at least 75%. So why doesn't KLM simply switch to SAF? Unfortunately, it's not that easy. SAF production worldwide covers only around 0,1% of the total fuel usage of the aviation industry. This has four reasons:

- There is very little production capacity available in the world. This means SAF is at least 2 to 3 times more expensive than regular kerosene. Because of the high prices, very few airlines are willing and able to buy SAF. Because there is so little demand, production capacity doesn't scale up.
- We need a strong demand signal from the aviation industry for SAF production to be scaled up and eventually for prices to come down.
- KLM wants the SAF production to be scaled up. That's why we have a substantial share in the worldwide SAF market, nevertheless, it is still less than 1% of our fuel usage. To reach our climate ambitions, we aim to use 10% SAF by 2030.
- To get there, we've partnered with SkyNRG to build the biggest dedicated SAF plant in Europe, and since January 2022, we include a small percentage of SAF on KLM flights departing Amsterdam. Yes, today we're still talking about small amounts of SAF but it is a step in the right direction.

