# EXHIBIT 10

# Climate policy

Around the world, policies are being made to protect our planet against the effects of climate change; by local governments, through collaborations like the European Union or in the form of international agreements by, for example, the United Nations (UN).

One of the best-known climate agreements is the Paris Climate Agreement, in which member states of the UN agreed to limit global warming to well below two degrees Celsius. Aviation is excluded in this agreement, but has its own goals and is overseen by ICAO (a separate UN body) with the target of reducing 50% of $CO_2$ emissions by 2050 compared to 2005. A great start. It is unique that there are international climate agreements. However, in the coming years, aviation should be ambitious to contribute to the Paris Climate Agreement.

In addition to international agreements, we also have to deal with European and Dutch climate policy, for which sectoral 'roadmaps' are in place. Examples of this are the European Emission Trading System or the obligation to use a certain percentage of sustainable fuel.

KLM strives to make aviation more sustainable, and good policy can help with this. That is why we want to continue working with the industry and governments to deploy the right tools to fight climate change, especially at a global level.