# EXHIBIT 11






Amstelveen, 16 December 2022

# KLM Group's CO2 emission reduction targets for 2030 approved by SBTi

- Together with Air France-KLM and Air France, the KLM Group commits to reducing its $CO_2$ emissions by 30% per revenue tonne kilometre (RTK) by 2030, compared to base year 2019;
- The Science Based Targets initiative (SBTi) has approved that – in compliance with the Paris Agreement – the emission reduction target for 2030 adheres to the well-below 2°C trajectory;
- The validation marks an important milestone in KLM's sustainability roadmap, which encompasses actions aimed at achieving its 2030 $CO_2$ reduction target.

KLM is committed to reducing its environmental impact as part of a transparent and responsible sustainability policy. An important part of this relates to its commitment to reduce Scope 1 and Scope 3 emissions by 30% per revenue tonne kilometre (RTK) by 2030 compared to 2019. Together with Air France-KLM and Air France, this target was submitted and recently approved by SBTi's Target Validation Team. SBTi has determined that it complies with the well-below 2°C trajectory set for the airline industry, as determined by the Paris Agreement signed in 2015.



*The Air France-KLM Group designed a coherent approach developed within the Group's Destination Sustainability strategy with the ambition of $CO_2$ emission reduction based on three main pillars. The SBTi targets approval is a key element for the Group to ensure that Air France-KLM decarbonization strategy is coherent with scientific objectives.*
Ben Smith, CEO Air France-KLM Group



Tweet



*Together with Air France-KLM and Air France, KLM has strong ambitions when it comes to making aviation more sustainable and balancing the development of our network with the environment. This requires major and fundamental decisions*

> *regarding our fleet, operations and our fuel use. The Science Based Targets and the associated $CO_2$ reduction trajectory provide clarity and at the same time entail major challenges. To make them feasible and possible, we work closely with each other and with our sector partners to come up with technical solutions and innovations that support the energy transition in aviation.*
> **Marjan Rintel, CEO KLM**

Tweet

KLM is committed to reducing the environmental impact of its activities as far as possible. The following three pillars are important to this approach:

- A plan to modernise and renew the Air France and KLM fleets with the latest generation of aircraft emitting 20% to 25% less $CO_2$ compared to their predecessors. With the objective of 64% of new generation aircraft in the fleet by 2028, Air France-KLM currently invests over €2 billion annually in the acquisition of Airbus A220s, Airbus A320s and A321neo aircraft, Airbus A350s, Boeing 787s and Embraer 195-E2s, which are amongst the most efficient aircraft in their respective categories.
- The use of sustainable aviation fuel (SAF). This non-fossil-based fuel can be produced from industrial or domestic waste, which contributes to a more circular economy, and the SAF sourced by Air France-KLM does not compete with the food chain for people and/or animals. Two off-take agreements were signed in November 2022 to secure 3% of the 10% of our SAF objective by 2030.
- The improvement of operational efficiency by favouring more direct routes and introducing procedures that reduce fuel consumption (single-engine taxi, continuous descent).

Additionally, KLM cooperates with a wide variety of sector partners. We are committed to developing innovative solutions for aircraft design and maintenance, engines and synthetic fuels. Aside from the target that has now earned SBTi validation, KLM is also committed to achieving other objectives intended to reduce our environmental impact.

### SBTi – a scientific approach in compliance with the Paris Agreement

The Science Based Targets initiative (SBTi) is a global body enabling businesses to set ambitious emission reduction targets in line with the latest climate science. The initiative is a partnership between the Carbon Disclosure Project (CDP), the United Nations Global Compact, the World Resources Institute (WRI) and the World Wide Fund for Nature (WWF). SBTi independently assesses and validates companies' CO2 emissions targets based on a scientific approach and criteria.

For more information about KLM's Climate Action Plan, click [here](here)