# EXHIBIT 12

# What you can do

The fastest way to reduce your flight-related CO₂ emissions is by not flying. There are many alternatives to flying available, from online tools to trains and other modes of transportation. However, sometimes a flight is simply the most logical – or only – option. If you do decide to fly, there are ways to do so that reduces your impact on the environment.

## CO2ZERO

Since January 2022, all KLM tickets for flights departing Amsterdam include a small amount of Sustainable Aviation Fuel as



## CO2ZERO

Since January 2022, all KLM tickets for flights departing Amsterdam include a small amount of Sustainable Aviation Fuel as standard. If you want to further reduce the environmental impact of your flight, our CO2ZERO offer now includes several additional SAF-based options in addition to reforestation.

Reforestation is a nature-based contribution that compensates $CO_2$ emissions outside the aviation industry. With reforestation, you pay a small contribution to compensate (part of) your flight's impact on the environment. This does not affect the direct emissions of the flight itself, but you help by planting trees that reabsorb the $CO_2$ emitted by your flight. If you choose our CO2ZERO service, you contribute to the 'CO2OL Tropical Mix' reforestation initiative in Panama. The quality of our selected $CO_2$ reduction projects is certified by Gold Standard. Read more about our reforestation project

The new SAF-based options in CO2ZERO have a double environmental benefit. First, you directly reduce the net $CO_2$ emission of a flight. Second, your purchase helps to grow the SAF market. As SAF is currently much more expensive than regular aircraft fuel, your contribution helps us cover the difference. When you fly KLM, you will now be able to choose either or both ways to contribute via MyTrip on KLM's website or the KLM app.

With these initiatives, KLM wants to make flying more sustainable, in a fully transparent way. KLM does not profit financially from these new initiatives. 100% of SAF revenue received through ticket prices and the expanded CO2ZERO programme will be directly, transparently and exclusively used to purchase new SAF and promote SAF production worldwide.

# Small steps, huge impacts

Even the smallest actions can make a serious impact. Every choice you make matters, so consider them carefully. Here are a few topics that deserve your attention.





## GOING THE EXTRA MILE

WE HAVE EMBARKED ON A JOURNEY TOWARDS IMPACT. BUT THE ONLY WAY TO GET THERE IS TOGETHER. CHECK OUT THESE INITIATIVES MAKING A DIFFERENCE AROUND THE WORLD.



