# EXHIBIT 12a

Case 1:22-cv-07962-RA-RWL    Document 21-16    Filed 01/23/23    Page 1 of 4



# What you can do

The fastest way to reduce your flight-related $CO_2$ emissions is by not flying. There are many alternatives to flying available, from online tools to trains and other modes of transportation. However, sometimes a flight is simply the most logical - or only - option. If you do decide to fly, there are ways to do so that reduces your impact on the environment.

## Help reduce your impact

KLM adds Sustainable Aviation Fuel (SAF) to the fuel system at Amsterdam Airport Schiphol for all flights departing from Amsterdam. In 2023, KLM has increased the amount of SAF from 0,5% to 1%. Our goal? 10% SAF by 2030.
Although 1% might seem very little, it is an important step in the right direction. You can contribute to our $CO_2$ Impact Programme in multiple ways: by purchasing additional SAF, contributing to reforestation projects in Panama, Colombia and Uganda or a combination of the 2.

Reforestion is a nature-based contribution that helps compensate $CO_2$ emissions outside the aviation industry. If you contribute to our reforestation programme, you will pay a small amount towards reducing the climate impact of a flight. This does not affect the direct emissions or the flight itself. The amount goes towards projects that plant trees in Panama, Colombia and Uganda. These trees can absorb $CO_2$ emissions from the air. The quality of our $CO_2$ reduction projects is certified with the Gold standard by WNF. Read more about our reforestation programme. Read more about our reforestation project

With the new SAF-based options in our $CO_2$ impact programme, you contribute to the reduction of the carbon footprint of the aviation industry. Your purchase also helps grow the SAF market. As SAF is currently much more expensive than regular aircraft fuel, your contribution helps us to cover the difference. When you fly KLM, you will now be able to choose one or more ways to contribute, either via MyTrip on KLM's website or the KLM app.





## Explore other travel options

In some cases, railway or other modes of transportation can be more sustainable than flying, especially for short distances, such as within Europe.

> Do you know that flying from Amsterdam to Brussels takes longer than going by train?

KLM is a supporter of sustainable alternative modes of transport for short distances instead of short-haul flights.



## Small steps, huge impacts

Even the smallest actions can make a serious impact. Every choice you make matters, so consider them carefully. Here are a few topics that deserve your attention.





Pack light: less weight means less fuel consumption

## GOING THE EXTRA MILE

WE HAVE EMBARKED ON A JOURNEY TOWARDS IMPACT. BUT THE ONLY WAY TO GET THERE IS TOGETHER. CHECK OUT THESE INITIATIVES MAKING A DIFFERENCE AROUND THE WORLD.



Wildlife trafficking
Read more



Wings of Support
Read more