

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Keara M. Gordon
keara.gordon@dlapiper.com
T   212.335.4632
F   212.884.8632

*VIA ECF*

February 3, 2023

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Dakus v. Koninklijke Luchtvaart Maatschappij, N.V.*, **1:22-cv-07962-RA**
               **Consented to Request to Modify Motion to Dismiss Briefing Schedule**

Dear Judge Abrams:

      We represent Koninklijke Luchtvaart Maatschappij, N.V. ("KLM") in the above-referenced matter.  On January 23, 2023, KLM filed its Motion to Dismiss the Plaintiff's First Amended Complaint ("Motion"). (ECF No. 19.)  KLM's counsel conferred yesterday with the plaintiff's counsel, who stated that the plaintiff intends to rely on her current pleading and oppose the Motion, rather than filing an amended complaint.  The parties have agreed respectfully to request modification of the briefing schedule for the Motion set by the Local Rules.

      Subject to the Court's approval, the parties suggest the following proposed modifications to the current briefing schedule:

| Event | Current Schedule | Proposed Schedule |
| --- | --- | --- |
| The plaintiff's opposition is due | February 6, 2023 | February 22, 2023 |
| KLM's reply is due | February 13, 2023 | March 15, 2023 |

      No prejudice to any party or inordinate delay results from granting the proposed briefing schedule and it will not affect any other dates in this action.  No previous request for an extension of these deadlines have been requested.



The Honorable Ronnie Abrams<br>
February 3, 2023<br>
Page Two

    Thank you in advance for your consideration of this request. KLM is available to discuss this request further at the Court's convenience.

                                                       Respectfully,

                                                       */s/ Keara M. Gordon*

Application granted.                            Keara M. Gordon

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge
2/6/2023