

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Keara M. Gordon
keara.gordon@dlapiper.com
T  212.335.4632
F  212.884.8632

July 27, 2023

V<small>IA</small> ECF

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *Dakus v. Koninklijke Luchtvaart Maatschappij, N.V.,* **1:22-cv-07962-RA**

Dear Judge Abrams:

  We represent Koninklijke Luchtvaart Maatschappij, N.V. ("KLM") in the above-referenced action. On July 13, 2023, this Court ordered the plaintiff to file "any additional materials, or any additional argument, to rebut [KLM's] factual challenge to jurisdiction no later than July 26, 2023." (ECF No. 28.) On July 25, 2023, the plaintiff submitted a declaration in opposition to KLM's Motion to Dismiss the First Amended Complaint. (ECF No. 29.) Please let us know if the Court would like KLM to file a response to the plaintiff's submission.

  We are available to discuss at the Court's convenience.

               Sincerely,

               */s/ Keara M. Gordon*
               Keara M. Gordon

               *Counsel for Koninklijke Luchtvaart Maatschappij, N.V.*

Defendant KLM may file a response by letter no later than August 11, 2023.

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge
07/28/2023

Cc: All counsel via ECF

ACTIVE\1601787334.1