

211 W. Jefferson St., Suite 1
Syracuse, NY 13202
Tel: 315.422.1152 | Fax: 315.422.1139

www.ccf-law.com

**Daniel R. Rose,** *Partner*
drose@ccf-law.com

September 19, 2023

Hon. Ronnie Abrams
United States District Court Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Dukas v. Koninklijke Luchtvaart Maatschappij, N.V..*
               Civil Action No. 1:22-cv-07962 -RA

Dear Judge Abrams:

    This firm was recently retained to represent Spencer Sheehan, Esq. with respect to this Court's Order to Show Cause regarding Rule 11 sanctions, presently with a return date of September 26, 2023.

    We respectfully request an extension of time to submit a response to the Order to Show Cause on behalf of our client.

    We thank the Court in advance for its courtesies in this regard.

                                    Respectfully yours,

                        COSTELLO, COONEY & FEARON, PLLC

                                    Daniel R. Rose

DRR/cc