# COSTELLO
## COONEY & FEARON, PLLC
*Experience Innovation*

211 W. Jefferson St., Suite 1
Syracuse, NY 13202
Tel: 315.422.1152 | Fax: 315.422.1139

www.ccf-law.com

**Daniel R. Rose,** *Partner*
drose@ccf-law.com

September 19, 2023

Hon. Ronnie Abrams
United States District Court Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *Dukas v. Koninklijke Luchtvaart Maatschappij, N.V..*
 Civil Action No. 1:22-cv-07962 -RA

Dear Judge Abrams:

This firm was recently retained to represent Spencer Sheehan, Esq. with respect to this Court's Order to Show Cause regarding Rule 11 sanctions, presently with a return date of September 26, 2023.

We respectfully request an extension of time to submit a response to the Order to Show Cause on behalf of our client.

We thank the Court in advance for its courtesies in this regard.

Respectfully yours,

COSTELLO, COONEY & FEARON, PLLC

Daniel R. Rose

DRR/cc

Application granted.  Plaintiff's counsel shall show cause why Rule 11 sanctions should not be imposed no later than October 10, 2023.  Defendant may file a response, although it is not required to do so, no later than October 24, 2023, and Plaintiff's counsel may then file any reply no later than October 31, 2023.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
09/20/2023