# EXHIBIT 2



☎ CALL FOR FREE CONSULTATION
(516) 268-7080

# Have You Recently Purchased Airline Tickets Through A Supposedly Eco-Friendly Company?

by **Spencer Sheehan**　　　　　　　　　　　　　*Last Updated on July 24, 2022*



Recently purchase airline tickets through a company that claimed to be more environmentally friendly than others? Certain airlines which tout environmentally responsible practices However, those claims may not be true and are misleading. If you have recently flown on this airline, please signup below.

**Which of the following airlines have you traveled with?** *

○ KLM Airlines
○ United Airlines
○ Lufthansa German Airlines
○ None of the above



©2020. SPENCER SHEEHAN - SHEEHAN & ASSOCIATES, P.C. ALL RIGHTS RESERVED | DISCLAIMER | PRIVACY POLICY | EEO