UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KANDUS DAKUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V.,<br><br>Defendant. | Civil Action No. 1:22-cv-07962-RA |

## DECLARATION OF ERIC CARON

I, Eric Caron, herby declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of twenty-one and competent to make this declaration.

2. I am Senior Vice President North America for Koninklijke Luchtvaart Maatschappij, N.V. ("KLM") and have been in this role since August 2021.

3. The facts set forth below are based on my personal knowledge or my review of information maintained by KLM in the regular course of its business or publicly available. If called as a witness, I could and would competently testify to the matters set forth in this declaration.

4. I have reviewed the Complaint filed on November 13, 2023 by plaintiff Stevan Simijanovic against KLM, *Simijanovic v. Koninklijke Luchtvaart Maatschappij, N.V.*, No. 2:23-cv-12882, ECF No. 1 (E.D. Mich. Nov. 13, 2023), including his allegations regarding KLM's CO2ZERO program, which offers passengers who travel on KLM the option to buy carbon offsets and sustainable aviation fuel.

5. KLM recognizes that flying has an environmental impact, but air travel is also essential in today's world—to connect families, conduct business, or take vacations. KLM aspires

1

to take a leading role in creating a more sustainable future for aviation. KLM recognizes, however, that it cannot stop climate change alone. KLM offers passengers options to help reduce the environmental impact of their flight if they chose to do so.

6. Specifically, KLM gives passengers, when booking their flight, the option to contribute to compensate for expected $CO_2$ emissions attributable to their presence on the flight by contributing to reforestation projects and/or investing in Sustainable Aircraft Fuel (the "CO2 Impact Programme").

7. The Complaint refers to the CO2 Impact Programme as the "CO2ZERO" program. (*See, e.g.*, Compl. ¶¶ 32-36.) The Complaint also refers to contributions to the CO2 Impact Programme as purchasing "carbon credits through paying money to reforestation programs and sustainable fuels" and "carbon offsets for reforestation and sustainable fuels." (*See id.* ¶¶ 35, 100.)

8. KLM's records reflect that Mr. Simijanovic did not purchase any offsets or carbon credits.

9. KLM's records similarly reflect that Mr. Simijanovic did not purchase any sustainable aviation fuel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __12/07__, 2023 at
New York, New York

_____
Eric Caron