UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

**KANDUS DAKUS**

                      **Plaintiff,**

  **-against-**

**KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V.,**

                      **Defendants.**

------------------------------------

Case No. 1:22-CV-07962-RA

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 25, 2024, I electronically filed the foregoing *Supplemental Declaration of Spencer Sheehan and Supplemental Memorandum of Law in Response to Court's Second Order to Show Cause* with the Clerk of the United States District Court for the Southern District of New York, using the CM/ECF system, which sent notification of such filing to the following:

1. Colleen Gulliver - Colleen.Gulliver@us.dlapiper.com; colleen-gulliver-6541@ecf.pacerpro.com; DocketingNewYork@dlapiper.com; new-york-docketing-7871@ecf.pacerpro.com
2. Haley Dee Torrey – haley.torrey@dlapiper.com, 4085@ecf.pacerpro.com, 7550@ecf.pacerpro.com, haley-torrey-6877@ecf.pacerpro.com, new-york-docketing7871@ecf.pacerpro.com
3. Keara M. Gordon – keara.gordon@dlapiper.com; DocketingNewYork@dlapiper.com; keara-gordon-8214@ecf.pacerpro,com, moe.howerton@us.dlapiper.com; new-york-docketing-7871@ecf.pacerpro.com
4. Spencer Sheehan – spencer@spencersheehan.com; calendar@spencersheehan.com, spencer@ecf.courtdrive.com, spencer@spencersheehan1.com

**DATED:**     **January 25, 2024**

                                    **COSTELLO, COONEY & FEARON, PLLC**
                                    /s/ *Daniel R. Rose*
                                  **Daniel R. Rose**