

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Keara M. Gordon
keara.gordon@dlapiper.com
T  212.335.4632
F  212.884.8632

March 24, 2025

*VIA ECF*

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   **Re:** *Dakus v. Koninklijke Luchtvaart Maatschappij, N.V.,* **1:22-cv-07962-RA**

Dear Judge Lehrburger:

  We represent Koninklijke Luchtvaart Maatschappij, N.V. ("KLM") in the above-referenced action.  We write to confirm that pursuant to the Court's March 14, 2025 Order (ECF No. 62), on March 24, 2025 we produced to Mr. Sheehan's counsel and filed herewith a revised set of the billing records that were submitted with KLM's Reply in Support of its Affidavit for Excess Costs, Expenses, and Attorneys' Fees, dated October 21, 2024 (ECF No. 58).  These records un-redact the Timecard Description field except as to the redactions that the Court expressly permitted.  A copy of the correspondence to Mr. Sheehan's counsel with the revised billing records is attached as **Exhibit A**.

           Sincerely,

           */s/ Keara M. Gordon*
           Keara M. Gordon

           *Counsel for Koninklijke Luchtvaart*
           *Maatschappij, N.V.*

CC: All counsel (via ECF)