# EXHIBIT A



**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Keara M. Gordon
keara.gordon@dlapiper.com
T   212.335.4632
F   212.884.8632

March 24, 2025

*VIA E-MAIL*

Daniel R. Rose
COSTELLO, COONEY & FEARON, PLLC
211 West Jefferson Street, Suite 1
Syracuse, NY 13202

      **Re:**    *Dakus v. Koninklijke Luchtvaart Maatschappij, N.V.,* **1:22-cv-07962-RA**

Dear Mr. Rose:

      We represent Koninklijke Luchtvaart Maatschappij, N.V. ("KLM") in the above-referenced action. Pursuant to the Court's March 14, 2025 Order (ECF No. 62), enclosed is a revised set of the billing records that were submitted with KLM's Reply in Support of its Affidavit for Excess Costs, Expenses, and Attorneys' Fees, dated October 21, 2024 (ECF No. 58). These records un-redact the Timecard Description field except as to the redactions that the Court expressly permitted.

      Sincerely,

      */s/ Keara M. Gordon*
      Keara M. Gordon

      *Counsel for Koninklijke Luchtvaart*
      *Maatschappij, N.V.*

Enclosure

| Invoice # / Date | Client | Matter Name | WTK Name | Work Date | Timecard Description | Cost Desc | Base Hrs | Base Amt | Base Rate | Billed Hrs | Billed Amt | Billed Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Invoice: 882947759 - 3/16/2023** | | | | | | | | | | | | |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 02/02/2023 | Draft e-mail to plaintiff's counsel and letter to Court regarding extension of deadlines. | | 0.40 | $ 316.00 | $ 790.00 | 0.40 | $ 316.00 | $ 790.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 02/02/2023 | E-mails with Ms. Torrey regarding communications with plaintiffs' counsel, revised briefing schedule, and letter to the Court. | | 0.30 | $ 358.50 | $ 1,195.00 | 0.30 | $ 358.50 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Alcibar-Zucker, Athenais Raquel | 02/02/2023 | Continue review of cases for possible use in motion to dismiss reply brief. | | 0.80 | $ 207.20 | $ 259.00 | 0.80 | $ 207.20 | $ 259.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 02/02/2023 | Edit letter to the Court and e-mail regarding same with Ms. Torrey and Mr. Koslowski. | | 0.30 | $ 358.50 | $ 1,195.00 | 0.30 | $ 358.50 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 02/06/2023 | Review Court's order regarding briefing schedule and e-mail to KLM regarding same. | | 0.20 | $ 239.00 | $ 1,195.00 | 0.20 | $ 239.00 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 02/20/2023 | Review and analyze [redacted] case for use in reply brief and strategize regarding same. | | 0.40 | $ 478.00 | $ 1,195.00 | 0.40 | $ 478.00 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 02/23/2023 | Review and summarize plaintiff's opposition to motion to dismiss. | | 0.80 | $ 632.00 | $ 790.00 | 0.80 | $ 632.00 | $ 790.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 02/23/2023 | Westlaw Charges | Westlaw Charges | - | $ 250.00 | $ - | - | $ 250.00 | $ - |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 02/23/2023 | Review and analyze plaintiffs' opposition to the motion to dismiss and edit e-mail to the client regarding same. | | 0.80 | $ 956.00 | $ 1,195.00 | 0.80 | $ 956.00 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 02/23/2023 | Review and analyze opposition to motion to dismiss; research federal law regarding failure to address motion to dismiss arguments. | | 2.40 | $ 1,459.20 | $ 608.00 | 2.40 | $ 1,459.20 | $ 608.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 02/27/2023 | Westlaw Charges | Westlaw Charges | - | $ 200.00 | $ - | - | $ 200.00 | $ - |
| **Invoice: 882960862 - 4/10/2023** | | | | | | | | | | | | |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 03/01/2023 | Research case law cited by Dakus' brief in support of motion to dismiss reply. | | 1.80 | $ 1,094.40 | $ 608.00 | 1.80 | $ 1,094.40 | $ 608.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 03/01/2023 | Review, analyze, and distinguish plaintiff's cited case law; draft motion to dismiss. | | 3.30 | $ 2,607.00 | $ 790.00 | 3.30 | $ 2,607.00 | $ 790.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 03/02/2023 | Edit reply brief on motion to dismiss. | | 0.40 | $ 316.00 | $ 790.00 | 0.40 | $ 316.00 | $ 790.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 03/02/2023 | Edit reply brief and analyze case law regarding same. | | 1.40 | $ 1,673.00 | $ 1,195.00 | 1.40 | $ 1,673.00 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 03/03/2023 | Edit reply brief and review case law regarding same. | | 1.60 | $ 1,912.00 | $ 1,195.00 | 1.60 | $ 1,912.00 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 03/06/2023 | Edit reply brief and review case law regarding same. | | 1.40 | $ 1,673.00 | $ 1,195.00 | 1.40 | $ 1,673.00 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 03/07/2023 | Westlaw Charges | Westlaw Charges | - | $ 100.00 | $ - | - | $ 100.00 | $ - |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 03/07/2023 | Edit reply brief, review case law, and e-mail to team regarding same. | | 5.40 | $ 6,453.00 | $ 1,195.00 | 5.40 | $ 6,453.00 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 03/07/2023 | Research case law regarding [redacted] in support of reply. | | 2.40 | $ 1,459.20 | $ 608.00 | 2.40 | $ 1,459.20 | $ 608.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 03/08/2023 | Edit reply brief; e-mail to KLM regarding same. | | 0.50 | $ 597.50 | $ 1,195.00 | 0.50 | $ 597.50 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 03/10/2023 | E-mail with Ms. Tahidousti regarding reply brief. | | 0.10 | $ 119.50 | $ 1,195.00 | 0.10 | $ 119.50 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 03/10/2023 | Review recent case law for potential use. | | 0.30 | $ 358.50 | $ 1,195.00 | 0.30 | $ 358.50 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 03/13/2023 | Edit reply brief, review recent case law for potential inclusion, and e-mail with KLM regarding same. | | 0.50 | $ 597.50 | $ 1,195.00 | 0.50 | $ 597.50 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 03/14/2023 | E-mail with Ms. van Sleen regarding reply brief; review Ms. van Sleen's edits to the reply brief and further edit same. | | 0.70 | $ 836.50 | $ 1,195.00 | 0.70 | $ 836.50 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Alcibar-Zucker, Athenais Raquel | 03/14/2023 | Begin cite/fact check of reply brief in support of motion to dismiss. | | 1.60 | $ 414.40 | $ 259.00 | 1.60 | $ 414.40 | $ 259.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 03/15/2023 | Call with client to discuss reply brief on motion to dismiss;. finalize reply brief on motion to dismiss. | | 1.10 | $ 869.00 | $ 790.00 | 1.10 | $ 869.00 | $ 790.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 03/15/2023 | Revise reply in support of motion to dismiss. | | 1.90 | $ 1,155.20 | $ 608.00 | 1.90 | $ 1,155.20 | $ 608.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 03/15/2023 | Prepare for and participate in call with Ms. van Sleet, Ms. Wijngaarden, and Ms. Torrey regarding reply brief edits and strategy; further edit reply brief regarding same; e-mail with Mr. Kozlowski regarding same; review final brief of reply brief and e-mails regarding same; review e-mail from Ms. Torrey regarding [redacted] and edit e-mail to KLM regarding same. | | 1.10 | $ 1,314.50 | $ 1,195.00 | 1.10 | $ 1,314.50 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Alcibar-Zucker, Athenais Raquel | 03/15/2023 | Finalize cite/fact check of reply brief in support of motion to dismiss; additional work and edits to table of authorities; correspondence with Ms. Torrey regarding same. | | 3.60 | $ 932.40 | $ 259.00 | 3.60 | $ 932.40 | $ 259.00 |
| **Invoice: 882995375 - 6/14/2023** | | | | | | | | | | | | |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Baxter, Brian | 04/04/2023 | Vendor: PACER SERVICE CENTER Invoice#: 5914574-Q12023 Date: 4/4/2023 - - PacerPro Qtr1st2023-Usage 1/01/2023 - 3/31/2023 | On-Line Research | - | $ 0.50 | $ - | - | $ 0.50 | $ - |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 05/08/2023 | Review new case and edit supplemental authority submission. | | 0.20 | $ 239.00 | $ 1,195.00 | 0.20 | $ 239.00 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 05/08/2023 | Review and comment on draft notice of supplemental authority. | | 1.00 | $ 995.00 | $ 995.00 | 1.00 | $ 995.00 | $ 995.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 05/09/2023 | Further edit supplemental authority. | | 0.20 | $ 239.00 | $ 1,195.00 | 0.20 | $ 239.00 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Alcibar-Zucker, Athenais Raquel | 05/10/2023 | Review, prepare exhibit for and file notice of supplemental authority with court. | | 0.30 | $ 77.70 | $ 259.00 | 0.30 | $ 77.70 | $ 259.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 05/10/2023 | E-mails regarding supplemental authority. | | 0.20 | $ 239.00 | $ 1,195.00 | 0.20 | $ 239.00 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 05/10/2023 | Edit notice of supplemental authority. | | 0.20 | $ 158.00 | $ 790.00 | 0.20 | $ 158.00 | $ 790.00 |
| **Invoice: 883033401 - 8/24/2023** | | | | | | | | | | | | |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 07/10/2023 | Review and comment on notice of supplemental authority. | | 0.30 | $ 298.50 | $ 995.00 | 0.30 | $ 298.50 | $ 995.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 07/10/2023 | Westlaw Charges | Westlaw Charges | - | $ 500.00 | $ - | - | $ 500.00 | $ - |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 07/11/2023 | Westlaw Charges | Westlaw Charges | - | $ 350.00 | $ - | - | $ 350.00 | $ - |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 07/11/2023 | Draft notice of supplemental authority in Dakus. | | 0.50 | $ 395.00 | $ 790.00 | 0.50 | $ 395.00 | $ 790.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Alcibar-Zucker, Athenais Raquel | 07/12/2023 | Finalize and file notice of supplemental authority and exhibit with court. | | 0.40 | $ 103.60 | $ 259.00 | 0.40 | $ 103.60 | $ 259.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 07/13/2023 | Review and analyze court order on factual challenge in Dakus and strategize with team regarding same. | | 1.20 | $ 1,194.00 | $ 995.00 | 1.20 | $ 1,194.00 | $ 995.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 07/13/2023 | Westlaw Charges | Westlaw Charges | - | $ 550.00 | $ - | - | $ 550.00 | $ - |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 07/13/2023 | Review order from the Court ordering the plaintiff to respond regarding the factual challenge to standing, e-mail with team regarding same, e-mail with KLM regarding same, and strategize regarding same. | | 1.00 | $ 1,195.00 | $ 1,195.00 | 1.00 | $ 1,195.00 | $ 1,195.00 |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 07/14/2023 | Westlaw Charges | Westlaw Charges | - | $ 400.00 | $ - | - | $ 400.00 | $ - |
| | Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 07/26/2023 | Review declaration in NY case and edit e-mail to the client regarding same; discussion with Ms. Gulliver regarding response to same. | | 0.50 | $ 597.50 | $ 1,195.00 | 0.50 | $ 597.50 | $ 1,195.00 |

| Client | Matter | Timekeeper | Date | Description | Category | Hours | Amount | Rate | Hours | Amount | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 07/27/2023 | Review and comment on letter to the Court regarding response to declaration. | | 0.20 | $ 239.00 | $ 1,195.00 | 0.20 | $ 239.00 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 07/31/2023 | Draft response to plaintiff's declaration. | | 0.50 | $ 395.00 | $ 790.00 | 0.50 | $ 395.00 | $ 790.00 |

**Invoice: 883040872 - 9/11/2023**

| Client | Matter | Timekeeper | Date | Description | Category | Hours | Amount | Rate | Hours | Amount | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 08/01/2023 | Strategize regarding jurisdictional response. | | 0.20 | $ 199.00 | $ 995.00 | 0.20 | $ 199.00 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 08/02/2023 | Review and comment on response to plaintiffs' factual challenge submission. | | 2.00 | $ 1,990.00 | $ 995.00 | 2.00 | $ 1,990.00 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 08/02/2023 | Edit letter to the Court regarding response to declaration. | | 0.70 | $ 836.50 | $ 1,195.00 | 0.70 | $ 836.50 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 08/02/2023 | Westlaw Charges | Westlaw Charges | - | $ 200.00 | $ - | - | $ 200.00 | $ - |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 08/02/2023 | Draft response to plaintiff's declaration. | | 1.10 | $ 869.00 | $ 790.00 | 1.10 | $ 869.00 | $ 790.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 08/03/2023 | Review and comment on response to plaintiffs' materials for the factual challenge. | | 2.50 | $ 2,487.50 | $ 995.00 | 2.50 | $ 2,487.50 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 08/03/2023 | Edit letter responding to Plaintiff's declaration. | | 0.10 | $ 79.00 | $ 790.00 | 0.10 | $ 79.00 | $ 790.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 08/03/2023 | Research federal law regarding [redacted]. | | 1.20 | $ 729.60 | $ 608.00 | 1.20 | $ 729.60 | $ 608.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 08/07/2023 | Edit letter to the Court responding to plaintiff's declaration; e-mail to KLM regarding same. | | 0.60 | $ 717.00 | $ 1,195.00 | 0.60 | $ 717.00 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 08/10/2023 | E-mail from KLM approving letter responding to declaration; e-mail with team regarding finalization of letter regarding declaration; e-mails with team regarding opposition to transfer motion and reply brief | | 0.40 | $ 478.00 | $ 1,195.00 | 0.40 | $ 478.00 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Alcibar-Zucker, Athenais Raquel | 08/10/2023 | Review and make edits to letter to court in further support of motion to dismiss; conference and correspondence with Ms. Torrey regarding filing of letter in support; correspondence with Mr. Roche regarding same; file letter with court, pursuant to order | | 0.80 | $ 207.20 | $ 259.00 | 0.80 | $ 207.20 | $ 259.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 08/10/2023 | Finalize and file response to factual challenge. | | 0.20 | $ 199.00 | $ 995.00 | 0.20 | $ 199.00 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 08/10/2023 | Edit letter to the Court regarding plaintiff's declaration. | | 0.50 | $ 304.00 | $ 608.00 | 0.50 | $ 304.00 | $ 608.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 08/13/2023 | Westlaw Charges | Westlaw Charges | - | $ 100.00 | $ - | - | $ 100.00 | $ - |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 08/14/2023 | Westlaw Charges | Westlaw Charges | - | $ 300.00 | $ - | - | $ 300.00 | $ - |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 09/12/2023 | Review and analysis of decision on motion to dismiss. | | 1.00 | $ 995.00 | $ 995.00 | 1.00 | $ 995.00 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 09/12/2023 | Review and analyze motion to dismiss opinion; discussions regarding same; edit e-mail to KLM regarding same; e-mail regarding sanctions against plaintiff's counsel; review e-mail from Law360 and e-mail to KLM regarding same. | | 0.90 | $ 1,075.50 | $ 1,195.00 | 0.90 | $ 1,075.50 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 09/13/2023 | Analysis of Court order dismissing case and communicate with client and team regarding same. | | 1.50 | $ 1,492.50 | $ 995.00 | 1.50 | $ 1,492.50 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 09/13/2023 | E-mails regarding decision on motion to dismiss. | | 0.20 | $ 239.00 | $ 1,195.00 | 0.20 | $ 239.00 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 09/19/2023 | Review and analyze plaintiff's counsel's submission regarding order to show cause and communicate with team and client regarding same. | | 0.50 | $ 497.50 | $ 995.00 | 0.50 | $ 497.50 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 09/20/2023 | Strategize regarding response to order to show cause. | | 0.40 | $ 398.00 | $ 995.00 | 0.40 | $ 398.00 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 09/20/2023 | Review order from Court granting extension for response to order to show cause and draft e-mail to KLM regarding same | | 0.30 | $ 358.50 | $ 1,195.00 | 0.30 | $ 358.50 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 09/25/2023 | Communicate with Ms. Gordon and Ms. Torrey regarding sanctions motion. | | 0.20 | $ 199.00 | $ 995.00 | 0.20 | $ 199.00 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 09/29/2023 | Discussion with Ms. Gulliver regarding sanctions against Mr. Sheehan. | | 0.20 | $ 239.00 | $ 1,195.00 | 0.20 | $ 239.00 | $ 1,195.00 |

**Invoice: 883083124 - 11/20/2023**

| Client | Matter | Timekeeper | Date | Description | Category | Hours | Amount | Rate | Hours | Amount | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/09/2023 | Communicate with Ms. Torrey regarding legal analysis for response to plaintiff's order to show cause. | | 0.30 | $ 298.50 | $ 995.00 | 0.30 | $ 182.30 | $ 607.67 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 10/09/2023 | Research cases applying Section 1927 sanctions under similar factual scenario. | | 0.90 | $ 711.00 | $ 790.00 | 0.90 | $ 434.21 | $ 482.46 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 10/10/2023 | Analyze plaintiff's response regarding sanctions and e-mails regarding same; edit e-mail to KLM summarizing same | | 1.40 | $ 1,673.00 | $ 1,195.00 | 1.40 | $ 1,021.67 | $ 729.76 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 10/10/2023 | Review, analyze, and summarize plaintiff's response to order to show cause; research case law concerning imposition of 1927 sanctions and review the parties' briefing. | | 2.50 | $ 1,975.00 | $ 790.00 | 2.50 | $ 1,206.15 | $ 482.46 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/10/2023 | Analyze response to order to show cause; communicate with Ms. Gordon and Ms. Torrey regarding same; review correspondence with client regarding same. | | 0.60 | $ 597.00 | $ 995.00 | 0.60 | $ 364.59 | $ 607.65 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 10/11/2023 | E-mails with KLM and team regarding [redacted] a response to Sheehan's sanctions motion | | 0.90 | $ 1,075.50 | $ 1,195.00 | 0.90 | $ 656.82 | $ 729.80 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/11/2023 | Westlaw Charges | Westlaw Charges | - | $ 50.00 | $ - | - | $ 50.00 | $ - |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/11/2023 | Conduct legal analysis regarding [redacted] attorneys' fees; communicate with Ms. Gordon and Ms. Torrey regarding same; review and comment on proposed responses to client inquiries | | 1.80 | $ 1,791.00 | $ 995.00 | 1.80 | $ 1,093.78 | $ 607.66 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 10/11/2023 | Research and analyze [redacted] imposed sanctions. | | 1.20 | $ 948.00 | $ 790.00 | 1.20 | $ 578.95 | $ 482.46 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/12/2023 | Communicate with client regarding potential response to order to show cause regarding sanctions. | | 0.20 | $ 199.00 | $ 995.00 | 0.20 | $ 121.53 | $ 607.65 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 10/12/2023 | E-mails and discussions with team regarding possible response to Mr. Sheehan's sanctions submission; e-mail with KLM regarding same | | 0.50 | $ 597.50 | $ 1,195.00 | 0.50 | $ 364.90 | $ 729.80 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 10/13/2023 | E-mail to KLM regarding passage of deadline for [redacted] | | 0.20 | $ 239.00 | $ 1,195.00 | 0.20 | $ 145.96 | $ 729.80 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 10/16/2023 | Discussion with Ms. Gulliver and Ms. Torrey regarding strategy for response to sanctions order to show cause. | | 0.40 | $ 478.00 | $ 1,195.00 | 0.40 | $ 291.92 | $ 729.80 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/16/2023 | Review correspondence with client regarding response to order to show cause; call with Ms. Gordon and Ms. Torrey to discuss strategy for same | | 0.40 | $ 398.00 | $ 995.00 | 0.40 | $ 243.06 | $ 607.65 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 10/16/2023 | Call to discuss response to order to show cause. | | 0.50 | $ 395.00 | $ 790.00 | 0.50 | $ 241.23 | $ 482.46 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 10/17/2023 | Strategize regarding sanctions response. | | 0.60 | $ 717.00 | $ 1,195.00 | 0.60 | $ 437.88 | $ 729.80 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/17/2023 | Review and comment on response to order to show cause for sanctions and communicate with Ms. Gordon and Ms. Torrey regarding same. | | 4.40 | $ 4,378.00 | $ 995.00 | 4.40 | $ 2,673.68 | $ 607.65 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 10/17/2023 | Research case law [redacted] | | 1.20 | $ 948.00 | $ 790.00 | 1.20 | $ 578.95 | $ 482.46 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 10/17/2023 | Draft response to order to show cause. | | 3.40 | $ 2,686.00 | $ 790.00 | 3.40 | $ 1,640.36 | $ 482.46 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 10/18/2023 | Edit response to order to show cause. | | 1.30 | $ 1,027.00 | $ 790.00 | 1.30 | $ 627.20 | $ 482.46 |

| Client | Matter | Timekeeper | Date | Description | Notes | Hours | Amount | Rate | Hours | Amount | Adj. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/18/2023 | Review and comment on response to sanctions order to show cause; communicate with Ms. Gordon regarding same. | | 3.70 | $ 3,681.50 | $ 995.00 | 3.70 | $ 2,248.32 | $ 607.65 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/18/2023 | Westlaw Charges | Westlaw Charges | - | $ 250.00 | $ - | - | $ 250.00 | $ - |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 10/18/2023 | Edit response regarding sanctions, review case law, and e-mails regarding same. | | 1.70 | $ 2,031.50 | $ 1,195.00 | 1.70 | $ 1,240.65 | $ 729.79 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 10/19/2023 | Edit response to order to show cause. | | 1.70 | $ 1,343.00 | $ 790.00 | 1.70 | $ 820.18 | $ 482.46 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/19/2023 | Westlaw Charges | Westlaw Charges | - | $ 50.00 | $ - | - | $ 50.00 | $ - |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/19/2023 | Review and comment on response to order to show cause regarding sanctions; communicate with Ms. Gordon and Ms. Torrey regarding same. | | 3.60 | $ 3,582.00 | $ 995.00 | 3.60 | $ 2,187.56 | $ 607.66 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 10/19/2023 | Edit response regarding sanctions and e-mails with team regarding same; discussion with Ms. Gulliver regarding certain cases; review [redacted] case. | | 1.90 | $ 2,270.50 | $ 1,195.00 | 1.90 | $ 1,386.61 | $ 729.79 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/20/2023 | Review and comment on response to order to show cause. | | 0.60 | $ 597.00 | $ 995.00 | 0.60 | $ 364.59 | $ 607.65 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 10/20/2023 | Discussion regarding sanctions response. | | 0.20 | $ 239.00 | $ 1,195.00 | 0.20 | $ 145.96 | $ 729.80 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Ehrenberg, Heather Lea | 10/23/2023 | Cite check, Blue book, Shepardize, quote check and fact check memorandum of law in anticipation of service and filing. | | 3.70 | $ 1,548.45 | $ 418.50 | 3.70 | $ 945.65 | $ 255.58 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 10/24/2023 | Edit and finalize response to order to show cause and declaration in support. | | 1.30 | $ 1,027.00 | $ 790.00 | 1.30 | $ 627.20 | $ 482.46 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/24/2023 | Review and comment on response to order to show cause; review and comment on Gordon declaration regarding same; communicate with Ms. Gordon and Ms. Torrey regarding same. | | 0.90 | $ 895.50 | $ 995.00 | 0.90 | $ 546.89 | $ 607.66 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 10/24/2023 | Edit response regarding sanctions and e-mails and discussions regarding same. | | 0.90 | $ 1,075.50 | $ 1,195.00 | 0.90 | $ 656.82 | $ 729.80 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Roche, Caleb Brice | 10/24/2023 | Draft declaration in support of response to plaintiff's response to order to show cause; edit response to plaintiff's response to order to show cause. | | 1.90 | $ 1,155.20 | $ 608.00 | 1.90 | $ 705.49 | $ 371.31 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 10/31/2023 | Review plaintiff's counsel's response regarding sanctions and e-mail with KLM regarding same. | | 0.30 | $ 358.50 | $ 1,195.00 | 0.30 | $ 218.94 | $ 729.80 |
| **Invoice: 883114835 - 1/22/2024** | | | | | | | | | | | |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 12/01/2023 | Edit letter to the Court regarding sanctions and e-mail with team regarding same; edit client declaration and e-mails regarding same. | | 1.40 | $ 1,673.00 | $ 1,195.00 | 1.40 | $ 1,673.00 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 12/01/2023 | Draft and edit letter to Judge regarding sanctions opinion against plaintiff's counsel and declaration in support. | | 0.80 | $ 632.00 | $ 790.00 | 0.80 | $ 632.00 | $ 790.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 12/01/2023 | Communicate with client regarding order of sanctions against plaintiff's counsel; communicate with team regarding notification to Judge Abrams [redacted] | | 0.30 | $ 298.50 | $ 995.00 | 0.30 | $ 298.50 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 12/07/2023 | Communicate with Mr. Kozlowski regarding [redacted] sanctions against plaintiffs' counsel. | | 0.10 | $ 99.50 | $ 995.00 | 0.10 | $ 99.50 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 12/07/2023 | E-mails regarding local counsel; edit letter to the Court regarding sanctions award against Sheehan and e-mail with KLM regarding same. | | 0.60 | $ 717.00 | $ 1,195.00 | 0.60 | $ 717.00 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 12/08/2023 | Finalize letter to Court regarding sanctions order. | | 0.30 | $ 237.00 | $ 790.00 | 0.30 | $ 237.00 | $ 790.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 12/13/2023 | Review and analyze response to notice of supplemental authority regarding sanctions request; communicate with client regarding same. | | 0.30 | $ 298.50 | $ 995.00 | 0.30 | $ 298.50 | $ 995.00 |
| **Invoice: 883130914 - 2/27/2024** | | | | | | | | | | | |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 01/05/2024 | Review Judge's OSC to Mr. Sheehan regarding sanctions and draft e-mail to KLM regarding same. | | 0.30 | $ 358.50 | $ 1,195.00 | 0.30 | $ 358.50 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 01/11/2024 | E-mail with Mr. Kozlowski regarding [redacted] sanctions award. | | 0.20 | $ 239.00 | $ 1,195.00 | 0.20 | $ 239.00 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 01/25/2024 | Review and analyze the plaintiff's response on attorneys' fees; communicate with the team regarding same; review and comment on draft email to client regarding same. | | 0.50 | $ 497.50 | $ 995.00 | 0.50 | $ 497.50 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 01/25/2024 | Review and summarize plaintiff's counsel's supplemental response to order to show cause; e-mail communication regarding strategy for responding to the same. | | 0.80 | $ 632.00 | $ 790.00 | 0.80 | $ 632.00 | $ 790.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 01/25/2024 | Review Mr. Sheehan's response to OSC and edit e-mail to client regarding same. | | 0.50 | $ 597.50 | $ 1,195.00 | 0.50 | $ 597.50 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 01/29/2024 | Communicate with client regarding preparation of reply to supplemental response regarding sanctions. | | 0.10 | $ 99.50 | $ 995.00 | 0.10 | $ 99.50 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 01/31/2024 | Draft response to supplemental response to order to show cause. | | 0.80 | $ 632.00 | $ 790.00 | 0.80 | $ 632.00 | $ 790.00 |
| **Invoice: 883144998 - 3/22/2024** | | | | | | | | | | | |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 02/01/2024 | Draft and edit response to order to show cause. | | 1.90 | $ 1,501.00 | $ 790.00 | 1.90 | $ 1,501.00 | $ 790.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 02/01/2024 | Review and comment on reply in response to order to show cause. | | 0.60 | $ 597.00 | $ 995.00 | 0.60 | $ 597.00 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Reichart, Wes | 02/01/2024 | Review draft supplemental response in support of sanctions. | | 0.30 | $ 205.50 | $ 685.00 | 0.30 | $ 205.50 | $ 685.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 02/02/2024 | Edit response regarding sanctions and e-mail with team regarding same. | | 0.60 | $ 717.00 | $ 1,195.00 | 0.60 | $ 717.00 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 02/02/2024 | Review and comment on reply to supplemental submission on sanctions. | | 0.40 | $ 398.00 | $ 995.00 | 0.40 | $ 398.00 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 02/04/2024 | Final review of submission in further support of sanctions. | | 0.20 | $ 239.00 | $ 1,195.00 | 0.20 | $ 239.00 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 02/05/2024 | E-mails with KLM and team regarding sanctions response. | | 0.20 | $ 239.00 | $ 1,195.00 | 0.20 | $ 239.00 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Reichart, Wes | 02/05/2024 | Revise supplemental brief in support of request for sanctions. | | 0.60 | $ 411.00 | $ 685.00 | 0.60 | $ 411.00 | $ 685.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 02/07/2024 | Communicate with team regarding finalization of response to plaintiff's supplemental submission regarding order to show cause for sanctions. | | 0.10 | $ 99.50 | $ 995.00 | 0.10 | $ 99.50 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 02/08/2024 | Final review of sanctions submission. | | 0.50 | $ 597.50 | $ 1,195.00 | 0.50 | $ 597.50 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 02/19/2024 | Review sanctions submission from plaintiff's counsel and e-mail with team regarding same. | | 0.30 | $ 358.50 | $ 1,195.00 | 0.30 | $ 358.50 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 02/19/2024 | Review and summarize plaintiffs' supplement response to order to show cause. | | 0.60 | $ 474.00 | $ 790.00 | 0.60 | $ 474.00 | $ 790.00 |
| **Invoice: 883222509 - 8/19/2024** | | | | | | | | | | | |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Reichart, Wes | 07/08/2024 | Draft [redacted] supplemental authority. | | 0.30 | $ 205.50 | $ 685.00 | 0.30 | $ 205.50 | $ 685.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 07/08/2024 | Communicate with team regarding [redacted] supplemental authority for sanctions motion. | | 0.10 | $ 99.50 | $ 995.00 | 0.10 | $ 99.50 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Reichart, Wes | 07/08/2024 | Review decision sanctioning Mr. Sheehan and analyze legal issues regarding notice of supplemental authority. | | 0.50 | $ 342.50 | $ 685.00 | 0.50 | $ 342.50 | $ 685.00 |

| Client | Matter | Timekeeper | Date | Narrative | Hours | Amount | Rate | Hours | Amount | Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 07/08/2024 | Discussions and e-mails regarding notice of supplemental authority; edit same. | 0.40 | $ 478.00 | $ 1,195.00 | 0.40 | $ 478.00 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 07/08/2024 | Finalize notice of supplemental authority. | 0.20 | $ 199.00 | $ 995.00 | 0.20 | $ 199.00 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 07/09/2024 | Edit notice of supplemental authority and e-mails with KLM and team regarding same. | 0.20 | $ 239.00 | $ 1,195.00 | 0.20 | $ 239.00 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 07/09/2024 | Review and comment on draft notice of supplemental authority. | 0.60 | $ 597.00 | $ 995.00 | 0.60 | $ 597.00 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Reichart, Wes | 07/09/2024 | Draft, edit, revise notice of supplemental authority. | 0.40 | $ 274.00 | $ 685.00 | 0.40 | $ 274.00 | $ 685.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Reichart, Wes | 07/10/2024 | Review notice of supplemental authority for filing. | 0.20 | $ 137.00 | $ 685.00 | 0.20 | $ 137.00 | $ 685.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Alcibar-Zucker, Athenais Raquel | 07/10/2024 | Review notice of supplemental authority and exhibit to be filed with court and file; correspondence with team regarding same. | 0.40 | $ 103.60 | $ 259.00 | 0.40 | $ 103.60 | $ 259.00 |
| **Unbilled** | | | | | | | | | | |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 09/23/2024 | Review Court's order on sanctions; discussions with team regarding same; e-mail to KLM regarding same. | 0.50 | $ 597.50 | $ 1,195.00 | 0.50 | $ 597.50 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 09/23/2024 | Review and analyze decision on motion for sanctions; communicate with team regarding same; review correspondence with client regarding same. | 1.20 | $ 1,194.00 | $ 995.00 | 1.20 | $ 1,194.00 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 09/24/2024 | Further analyze opinion; edit summary of opinion and e-mail with KLM; strategize regarding affidavit supporting attorneys' fees request | 1.10 | $ 1,314.50 | $ 1,195.00 | 1.10 | $ 1,314.50 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 09/24/2024 | Strategize regarding order on motion for sanctions and proposed approach for affidavit to outline attorneys' fees. | 1.50 | $ 1,492.50 | $ 995.00 | 1.50 | $ 1,492.50 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 09/26/2024 | E-mails and discussions regarding affidavit supporting attorneys' fees for sanctions. | 0.30 | $ 358.50 | $ 1,195.00 | 0.30 | $ 358.50 | $ 1,195.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 09/26/2024 | Strategize regarding preparation of attorneys' fees declaration; communicate with client regarding scheduling of case strategy call | 0.70 | $ 696.50 | $ 995.00 | 0.70 | $ 696.50 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 09/26/2024 | Draft affidavit in support of attorneys' fees. | 2.20 | $ 1,738.00 | $ 790.00 | 2.20 | $ 1,738.00 | $ 790.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 09/27/2024 | Review and analyze filings submitted in support of Judge's ████████ attorneys' fees. | 1.50 | $ 1,185.00 | $ 790.00 | 1.50 | $ 1,185.00 | $ 790.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 09/27/2024 | Draft affidavit in support of reasonable fees and costs. | 1.70 | $ 1,343.00 | $ 790.00 | 1.70 | $ 1,343.00 | $ 790.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 09/27/2024 | Review and analyze time entries for affidavit for fees and costs. | 1.10 | $ 869.00 | $ 790.00 | 1.10 | $ 869.00 | $ 790.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 09/30/2024 | Research case law on reasonable attorneys' fees and costs. | 2.10 | $ 1,659.00 | $ 790.00 | 2.10 | $ 1,659.00 | $ 790.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 09/30/2024 | Review and analyze time entries for tasks and hours spent. | 1.90 | $ 1,501.00 | $ 790.00 | 1.90 | $ 1,501.00 | $ 790.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 09/30/2024 | Review correspondence on preparation for attorneys' fees affidavit. | 0.20 | $ 199.00 | $ 995.00 | 0.20 | $ 199.00 | $ 995.00 |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 09/30/2024 | Review and analyze ████████ submissions before the Court. | 1.80 | $ 1,422.00 | $ 790.00 | 1.80 | $ 1,422.00 | $ 790.00 |
| **Unbilled** | | | | | | | | | | |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 10/01/2024 | Edit affidavit and strategize regarding same. | 2.50 | $ 2,987.50 | $ 1,195.00 | - | $ - | $ - |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/01/2024 | Review and comment on draft declaration for attorneys' fees award; strategize with team regarding same. | 1.90 | $ 1,890.50 | $ 995.00 | - | $ - | $ - |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/02/2024 | Review and comment on draft Gordon declaration for attorneys' fees award; communicate with client regarding same | 2.10 | $ 2,089.50 | $ 995.00 | - | $ - | $ - |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Gordon, Keara M. | 10/02/2024 | Edit affidavit, review materials regarding same. | 2.20 | $ 2,629.00 | $ 1,195.00 | - | $ - | $ - |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Torrey, Haley Dee | 10/07/2024 | Review additional time entries and finalize declaration. | 0.30 | $ 237.00 | $ 790.00 | - | $ - | $ - |
| Koninklijke Luchtvaart Maatschappij, N.V | Kandus Dakus et al v Koninklijke Luchtva | Carey Gulliver, Colleen M. | 10/07/2024 | Finalize and file attorneys' fees declaration in response to court order. | 0.30 | $ 298.50 | $ 995.00 | - | $ - | $ - |