

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Keara M. Gordon
keara.gordon@dlapiper.com
T   212.335.4632
F   212.884.8632

March 27, 2025

*VIA ECF*

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:** *Dakus v. Koninklijke Luchtvaart Maatschappij, N.V.,* **1:22-cv-07962-RA**

Dear Judge Lehrburger:

      We represent Koninklijke Luchtvaart Maatschappij, N.V. ("KLM") in the above-referenced action. In accordance with the Court's March 24, 2025 Order (ECF No. 63), KLM provides below the total hours by timekeeper for the billing records that were submitted with KLM's Reply in Support of its Affidavit for Excess Costs, Expenses, and Attorneys' Fees, dated October 21, 2024 (ECF Nos. 58, 64-1).

| Timekeeper | Hours |
| --- | --- |
| Alcibar-Zucker, Athenais Raquel | 7.9 |
| Carey Gulliver, Colleen M. | 38.7 |
| Ehrenberg, Heather Lea | 3.7 |
| Gordon, Keara M. | 41.6 |
| Reichart, Wes | 2.3 |
| Roche, Caleb Brice | 12.1 |
| Torrey, Haley Dee | 40.2 |

      We are available to discuss at the Court's convenience if Your Honor has any questions.

      Sincerely,

      */s/ Keara M. Gordon*
      Keara M. Gordon

      *Counsel for Koninklijke Luchtvaart Maatschappij, N.V.*

CC: All counsel (via ECF)