**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
  KANDUS DAKUS,

                        Plaintiff,

     -v-
                                                            22 **CIVIL** 7962 (RA)

KONINKLIJKE LUCHTVAART
MAATSCHAPPIJ, N.V.,

                      Defendant,              **JUDGMENT**

     -v-

SPENCER SHEEHAN,

                      Respondent.

-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 23, 2025, the Court finds no error and thus adopts the careful and well-reasoned Report in its entirety. Accordingly, Sheehan is ordered to pay KLM $80,160.00 in attorney fees and $3,300.50 in costs as sanctions under 28 U.S.C. § 1927. The Judgment is entered for KLM in the amount of $83,460.50 and this case is closed.

**Dated:** New York, New York

     April 23, 2025

                                                      **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                         **BY:**

                                                       **Deputy Clerk**