# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------

**KANDUS DAKUS, individually and on behalf of all others similarly situated,**

           **Plaintiff,**

-vs-

**KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V.,**

           **Defendant.**

-vs-

**SPENCER SHEEHAN,**

           **Respondent.**

------------------------------------

Case No.   1:22-cv-07962-RA

<u>**NOTICE OF APPEAL**</u>

    **NOTICE** is hereby given that Spencer Sheehan, Esq. and Sheehan & Associates, PC, a non-party to the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgement, dated and entered on the 23rd day of April, 2025, and each and every other Order affecting such final determination of this Court.

**Dated:**    **May 23, 2025**

                              **COSTELLO, COONEY & FEARON, PLLC**

                              */s/ Daniel R. Rose*
                              **DANIEL R. ROSE**
                              **Attorneys for Non-Party, Spencer Sheehan**
                              **Office and Post Office Address**
                              **211 West Jefferson Street, Suite 1**
                              **Syracuse, NY 13202**
                              **Telephone:  (315) 422-1152**
                              drose@ccf-law.com